FILED
MAY 1 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDUL SALAAM** )<br>Camp Delta Guantanamo Bay )<br>Washington, D.C. 20355 )<br>  )<br>Petitioner )<br>  )<br>v. )<br>  )<br>GEORGE W. BUSH, )<br>President of the United States )<br>  )<br>DONALD RUMSFELD, )<br>Secretary, United States Department )<br>of Defense )<br>  )<br>ARMY BRIG. GEN. JAY HOOD )<br>Commander, Joint Task Force- )<br>GTMO )<br>  )<br>ARMY COL. BRICE GYURISKO )<br>Commander, Joint Detention )<br>Operations Group, JTF - GTMO ) | Leave to file without<br>Prepayment of Cost **GRANTED**<br><br>*Royce C. Lamberth*<br><br>Civil Action No.<br><br>CASE NUMBER: 105CV1013<br><br>JUDGE: JOHN D. BATES<br><br>DECK TYPE: HABEAS CORPUS/2255<br><br>DATE: MAY 18, 2005 |

### PETITION FOR WRIT OF HABEAS CORPUS

24 March 2005

PETITIONER: <u>Abdul Salaam</u>

My name is Abdul Salaam from Paktika, Afghanistan. I am an innocent man, I have no animosity with anybody. For the malicious accusation, my brother, my cousin and I were arrested from our houses. My brother and my cousin were proven innocent and already released. I am not a warrior, I am a working class person. I am very happy for Americans to help and rebuild my country. I strongly believe that I am innocent. I have been unlawfully detained, I want justice. If I go back to my country I will resume my old business and promise that I will never commit unlawful action. I want to earn bread for my family. I wish my innocence be substantiated.

Note: This is not an official translation.

ISN 826

زه مامونه عبدالسلام نه د فغانستان د پکتیکا خرم

زه یو بیګناه سړی یم نه د چا سره دشمنی لرم د دښمنانو د تورونه
جرم مالګوتی دو نه زما د روو او دری وزور سره پو قلای دضایع روونه خو سپولښون
وم نه د جنګی سری یم او چیرې ما بانډی رشوت خلی نه با وور او ترو خدو
سره آزرد شو او نه بیګناه دلته راتیم نه خوښی لرم چه امریکیان زمونز
وطن ته راغلی نه ما شیری توب منی د قانون دی ته عبادات خوارم
او دارم
که زه برته وطن ته لارم نه وفتا خپل خور سره وو او زه پر کرم او زه نه تیر کرم
چرزه ما دلو خوا نه جیع خوف د قانون تکری نه خوالرم چه خپل کولنی ته
دوی یرابر وم نه صدقم چزه ما بیګناه چه تا سو ته ثابت شی