UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDUL SALAAM,

    Petitioner,

        v.

GEORGE W. BUSH, et al.,

    Respondents.

Civil Action No.  05-1013 (JDB)

## ORDER

Upon consideration of the petition for a writ of habeas corpus, a copy of which is attached hereto, it is this 25th day of May, 2005, hereby

**ORDERED** that respondents' obligation to show cause why the petition should not be granted is stayed; it is further

**ORDERED** that the case shall be stayed pending resolution of the appeals in In re Guantanamo Detainee Cases, 335 F. Supp. 2d 443 (D.D.C. 2005), and Khalid v. Bush, 355 F. Supp. 2d 311 (D.D.C. 2005).  This stay shall not, however, prevent the parties from availing themselves of the procedures set forth below, nor shall it bar the filing or disposition of any motion for emergency relief; it is further

**ORDERED** that the Court enters by way of reference the protective order and supplementary orders previously entered in In re Guantanamo Detainee Cases, No. 02-CV-0299, et al., by Judge Joyce Hens Green.  These include the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004; the Order Addressing Designation Procedures for "Protected

Information," entered on November 10, 2004; and the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, issued on December 13, 2004; and it is further

    **ORDERED** that respondents shall furnish a copy of this Order to petitioner.

          /s/ John D. Bates
          JOHN D. BATES
          United States District Judge

Copy to:

Terry Marcus Henry
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
P.O. Box 883
20 Massachusetts Avenue, NW Rm. 7144
Washington, DC 20044
(202) 514-4107
Fax: (202) 616-8470
Email: terry.henry@usdoj.gov
    *Counsel for Respondents*