AO 458 (Rev.11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| ABDUL SALAAM | ) | |
|     Petitioner(s) | ) | APPEARANCE |
| | ) | |
|     vs. | ) | CASE NUMBER: 05-CV-01013 |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States | ) | |
| | ) | |
| DONALD RUMSFELD, | ) | |
| Secretary, United States Department | ) | |
| of Defense, | ) | |
| | ) | |
| ARMY BRIG. GEN. JAY HOOD | ) | |
| Commander, Joint Task Force-GTMO | ) | |
| | ) | |
| ARMY COL. BRICE GYURISKO | ) | |
| Comander, Joint Detention Operations | ) | |
| Group, JTF - GTMO | ) | |
| | ) | |
|     Respondent(s) | ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of     Ronald A. Krauss     as counsel in this
                                                    (Attorney's Name)

case for:     Abdul Salaam
                    (Name of party or parties)

January 24, 2006
Date

DC Bar ID# 306993
BAR IDENTIFICATION

s/ Ronald A. Krauss
Signature

Ronald A. Krauss
Print Name

100 Chestnut Street, Suite 306
Address

Harrisburg     PA          17101
City           State       Zip Code

(717) 782-2237
Phone Number