AO 458 (Rev.11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

ABDUL SALAAM )
      Petitioner(s) )     APPEARANCE
)
    vs. )     CASE NUMBER: 05-CV-01013
)
GEORGE W. BUSH, )
President of the United States )
)
DONALD RUMSFELD, )
Secretary, United States Department )
of Defense, )
)
ARMY BRIG. GEN. JAY HOOD )
Commander, Joint Task Force-GTMO)
)
ARMY COL. BRICE GYURISKO )
Comander, Joint Detention Operations)
Group, JTF - GTMO )
)
      Respondent(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of    Anne L. Saunders    as counsel in this
                                                   (Attorney's Name)

case for:      Abdul Salaam
                     (Name of party or parties)

January 24, 2006                    s/Anne L. Saunders
Date                                Signature

                                    Anne L. Saunders
                                    Print Name

PA 48458
BAR IDENTIFICATION                  100 Chestnut Street, Suite 306
                                    Address

                                    Harrisburg     PA      17101
                                    City          State    Zip Code

                                    (717) 782-3843
                                    Phone Number