AO 458 (Rev.11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| ABDUL SALAAM | ) | |
|     Petitioner(s) | ) | APPEARANCE |
| | ) | |
| vs. | ) | CASE NUMBER: 05-CV-01013 |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States | ) | |
| | ) | |
| DONALD RUMSFELD, | ) | |
| Secretary, United States Department | ) | |
| of Defense, | ) | |
| | ) | |
| ARMY BRIG. GEN. JAY HOOD | ) | |
| Commander, Joint Task Force-GTMO | ) | |
| | ) | |
| ARMY COL. BRICE GYURISKO | ) | |
| Comander, Joint Detention Operations | ) | |
| Group, JTF - GTMO | ) | |
| | ) | |
|     Respondent(s) | ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of _____Leo A. Latella_____ as counsel in this
                                                        (Attorney's Name)

case for: _____Abdul Salaam_____
                              (Name of party or parties)

January 24, 2006
Date

s/Leo A. Latella
Signature

Leo A. Latella
Print Name

PA 68942
BAR IDENTIFICATION

116 N. Washington Avenue, 2C
Kane Professional Building
Address

Scranton      PA      18503
City          State   Zip Code

(570) 343-6285
Phone Number