UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAHMOAD ABDAH, et al.,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>Respondents. | Civil Action 04-1254 (HHK) |

### ORDER

Respondents move to vacate the temporary restraining order issued in this case on March 12, 2005 at 4:20 p.m. Upon consideration of the motion and the opposition thereto, it is this 18th day of March, 2005, hereby

**ORDERED** that respondents' motion is **DENIED**.

Henry H. Kennedy, Jr.
United States District Judge