IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDUL SALAAM, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> GEORGE W. BUSH, ) <br> President of the United States, ) <br> *et al.,* ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 05-CV-1013 (JDB) |

**RESPONDENTS' NOTICE OF TRANSFER OF PETITIONER ABDUL SALAAM**

Respondents hereby provide notice that with respect to petitioner Abdul Salaam (ISN 826), the United States has relinquished custody and petitioner has been transferred to Afghanistan into the control of the Government of Afghanistan, consistent with United States' policies and practices pertaining to transfers for release.

Respondents further note that because petitioner Salaam has been transferred from United States custody, all pending motions in this case are now moot.

Dated: February 9, 2006            Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel

    /s/ Preeya M. Noronha
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
MARC A. PEREZ
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 514-4107
Fax: (202) 616-8470

Attorneys for Respondents