IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDUL SALAAM,<br>    *Petitioner*<br><br>    v.<br><br>GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*,<br>    *Respondents.* | Civil Action No. 05-CV-1013 (JDB) |

## ORDER

Upon consideration of petitioner's Motion to Continue Response to Order to Show Cause, **IT IS HEREBY ORDERED** that the motion is **GRANTED**. Petitioner shall file a Response to the Court's Order to Show Cause on or before July 26, 2006.

JOHN D. BATES
United States District Judge