## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

:
:
**ABDUL SALAAM**  :  **CIVIL ACTION**
   **Petitioner,**  :  **(Habeas Corpus)**
:
 *v.*  :
:
**GEORGE W. BUSH,** *et al.*,  :
   **Respondents.**  :  **No.  1:05-CV-01013**
:  **(Judge John D. Bates)**
:
_____  :

## PETITIONER'S RESPONSE TO ORDER TO SHOW CAUSE

Undersigned counsel, on behalf of Abdul Salaam, respectfully submits this Response to Order to Show Cause, averring as follows:

1.     On February 9, 2005, respondents filed a Notice of Transfer, stating that the United States had relinquished custody of the petitioner, Abdul Salaam (ISN 826), and that the petitioner had been transferred to Afghanistan.

2.     On June 16, 2006, this Honorable Court issued an order permitting petitioner's counsel an opportunity to show cause as to why the case should not be dismissed as moot by June 26, 2006.

1

3.    Undersigned counsel requested an extension of time to respond in an effort to contact the petitioner in Afghanistan.

4.    This Court entered an order on June 26, 2006, extending the time to respond to the rule to show cause. The response time was extended to on or before July 26, 2006.

5.    Counsel has made efforts through an international organization and the Afghani Embassy in the United States to locate Abdul Salaam and confirm his release. Counsel has been unable to locate Abdul Salaam and does not know if it is possible to contact him at this time or in the near future.

6.    Because counsel has no reason to doubt the government's representation that they have relinquished custody of Abdul Salaam counsel cannot state any reason to oppose the dismissal of the petition without prejudice.

7.    If the Court dismisses the petition, however, counsel, on behalf of petitioner, respectfully reserves the right to reinstate the petition if counsel determines that petitioner was not in fact released and /or is not free from unlawful detention.

WHEREFORE, petitioner respectfully submits that there is no readily apparent reason to oppose the dismissal of the petition without prejudice to its reinstatement at a later time as circumstances may warrant.

Respectfully submitted,

/s/James V. Wade
James V. Wade (PA 33352)
Federal Public Defender
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
*<James_Wade@fd.org>*

Leo Latella (PA 68942)
Assistant Federal Defender
Kane Professional Building, Suite 2C
116 North Washington Avenue
Scranton, PA 18503
Tel. No. (570) 343-6285
Fax No. (570) 343-6225
*(Leo_Latella@fd.org)*

Dated: July 26, 2006

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that no classified or protected material was utilized in the preparation of petitioner's response to the order to show cause  and, therefore, service is not accomplished through the Court Security Officer but through the Court's ECF/CMS electronic mechanism on the following counsel of record for respondents:

Mr. Terry M. Henry
US DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Room 7226
Washington, DC 20529-0001

Dated: July 26, 2006                    s/ James V. Wade
                                        JAMES V. WADE, ESQUIRE
                                        Federal Public Defender